UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON BROOKS, | Case No. 2:25-cv-10171-JFW-JDE |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| TIKTOK INC., et al., | |
| Defendants. | |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 15), the Report and Recommendation of the magistrate judge (Dkt. 17, "Report"), and Plaintiff's Objection to the Report (Dkt. 18). The Court has engaged in a de novo review of the portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS HEREBY ORDERED that: (1) Plaintiff's IFP Request (Dkt. 2) is DENIED; and (2) Judgment shall be entered dismissing all federal claims asserted in this action with prejudice and all state law claims without prejudice.

Dated: January 16, 2026

_____
JOHN F. WALTER
United States District Judge