JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JASON BROOKS,

Plaintiff,

v.

TIKTOK INC., et al.,

Defendants.

) Case No. 2:25-cv-10171-JFW-JDE
)
)
) JUDGMENT
)
)
)
)
)
)
)

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all federal law claims asserted in this action are dismissed with prejudice and all state law claims asserted in this action are dismissed without prejudice.

Dated: January 16, 2026

_____
JOHN F. WALTER
United States District Judge